

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/25/2022__
```



P: (212) 595-6200 | F: (212) 595-9700
Jmizrahi@mizrahikroub.com
www.mizrahikroub.com

January 24, 2022

<u>**VIA ECF**</u>

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Cruz v. Woods Goods Company LLC*; Case No. 1:21-cv-10047 (AT)

Dear Judge Torres:

    We represent plaintiff Shael Cruz ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the parties' obligation to indicate whether they are willing to consent to proceed before a Magistrate Judge and to submit a Case Management Plan and Scheduling Order. *See* Docket Nos. 5, 6. Counsel for Defendant has just recently been retained and is in the process of securing local counsel. We respectfully request an adjournment of 45 days to allow time for Defendant to retain counsel and thereafter file the above referenced documents.

    We thank the Court for its consideration of this request.

                                          Respectfully submitted,
                                          */s/ Joseph H. Mizrahi*
                                          JOSEPH H. MIZRAHI

cc:    All Counsel of Record (via ECF)

GRANTED. By **March 11, 2022**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 25, 2022
       New York, New York

                                          ANALISA TORRES
                                         United States District Judge