UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAEL CRUZ, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

WOODS GOODS COMPANY LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/18/22____

21 Civ. 10047 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    The requirement for all counsel to meet face-to-face for at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery, as ordered in the Civil Case Management Plan and Scheduling Order, ECF No. 14, may be satisfied by videoconference.

    SO ORDERED.

Dated: July 18, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge